PROB 35

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:96CR00363-02 |
| ) | |
| Raphael Espinoza ESCOBAR ) | |

On March 12, 2002, the above-named commenced a term of supervised release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer

**DEBORAH A. SPENCER
Senior United States Probation Officer**

**Reviewed by:**   /s/ Joe E. Glaspie
**JOE E. GLASPIE
Assistant Deputy Chief United States Probation Officer**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from the term of supervised release, and that the proceedings in the case be terminated.

Dated this 18th day of April, 2005.

/s/ Edward J. Garcia

**United States District Judge**

das
Attachment: Recommendation
cc:     Assistant United States Attorney
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 12/2004
PROB35.MRG