**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO
ORIGINAL EXPIRATION DATE**

---

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Docket Number: 2:96CR00363-02** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Rafael Espinoza ESCOBAR** | ) | |
| | ) | |

## LEGAL HISTORY:

On August 1, 1996 the above-named was placed on Supervised Release for a term of 5 years, which commenced on March 12, 2002. Special conditions included a requirement for warrantless search and no possession/access to pager or cellular telephone without permission.

## SUMMARY OF COMPLIANCE:

Mr. Escobar has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

He has furthered his education and is gainfully employed on a steady basis. He had no prior criminal record before this conviction and his prognosis for not offending in the future is excellent.

## RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

**Submitted by:**   /s/ Deborah A. Spencer                               **Date:** April 18, 2005
  **DEBORAH A. SPENCER**
  **Senior United States Probation Officer**
  Elk Grove, California

**Reviewed by:**   /s/ Joe e. Glaspie
  **JOE E. GLASPIE**
  **Acting Deputy Chief United States Probation Officer**

Rev. 11/2004
EARLITRM.MRG

cc:    AUSA Thomas Hopkins (Pursuant to Rule 32.1 notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation pfficer's recommendation and Probation Form 35, Order Terminating Term of Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

Case 2:96-cr-00363-MLS-JFM   Document 86   Filed 04/19/05   Page 2 of 2